PFE/AJG: SEPT 2024
GJ# 10

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>EASTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) No. |
| | ) |
| **JUSTUS RAMONE EDMONSON** | ) |

## INDICTMENT

### COUNT ONE:
*Possession of a Machinegun*
**[18 U.S.C. § 922(o)]**

The Grand Jury charges that:

On or about the 29th day of April 2024, in Calhoun County, within the Northern District of Alabama, the defendant,

**JUSTUS RAMONE EDMONSON,**

did knowingly possess a machinegun, that is, a Glock model 23 .40 caliber pistol, modified with a machinegun conversion device, that is a combination of parts designed and intended for use in converting a semiautomatic Glock-type pistol into a machinegun, in violation of Title 18, United States Code, Section 922(o).

5

# NOTICE OF FORFEITURE
[**18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)**]

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense charged in Count One of this Indictment, the defendant, **JUSTUS RAMONE EDMONSON**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms, magazines, and ammunition involved in or used in the commission of the offense, including, but not limited to:

   1. a Glock model 23 .40 caliber pistol modified with a machinegun conversion device designed to enable automatic fire, bearing **serial number MZD993**, and;

    2. any associated magazines and ammunition.

A TRUE BILL

*/s/electronic signature*
FOREPERSON OF THE GRAND JURY

                                        PRIM F. ESCALONA
                                        United States Attorney

                                        */s/electronic signature*
                                        ALLISON J. GARNETT
                                        Assistant United States Attorney